IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

WILSON QUILES                                                                  PLAINTIFF

v.                      Civil No. 04-3064

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                       DEFENDANT

**<u>JUDGMENT</u>**

On this the 14th day of April, 2006, the Court has before it for consideration, plaintiff's request for attorney's fees for Frederick S. "Rick" Spencer, pursuant to The Equal Access to Justice Act, or in the alternative, pursuant to *42 U.S.C. § 406(b)*. In accordance with the Memorandum Opinion filed in the above styled case on today's date, the Court hereby grants the motion, in part, and plaintiff's attorney is awarded fees and expenses in the amount of $962.52 under *28 U.S.C. § 2412*. Counsel's request for an award of fees pursuant to *42 U.S.C. § 406(b)* is premature, and therefore, denied.

IT IS SO ORDERED.

                                                      /s/ Bobby E. Shepherd
                                                      HONORABLE BOBBY E. SHEPHERD
                                                      UNITED STATES MAGISTRATE JUDGE